FILED

FEB 13 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Marilou Samson )
              )
vs.           )  CASE NO. CV23-0628 LB
              )
Alejandro N. Mayorkas. )  EMPLOYMENT DISCRIMINATION
              )  COMPLAINT

1. Plaintiff resides at:

Address         3515 Santiago Street.

City, State & Zip Code       San Francisco, CA  94116

Phone           415-583-1636

2. Defendant is located at:

Address         Department of Homeland Security, St. Elizabeths West Campus

City, State & Zip Code       Washington D. C., U. S.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-ment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. ✓ Failure to employ me.

   b. ✓ Termination of my employment.

Form-Intake 2 (Rev. 4/05)            - 1 -

1        c. __ Failure to promote me.

2        d. __ Other acts as specified below.

3        Sexual Harrasment

4

5  4  An employee of the agency, Tony Flores delayed the processing of my security clearance

6  which caused unreasonable delays in obtaining the clearance needed for me to begin work,

7  thereby causing my employment contract to be terminated, all in retaliation for rejecting his

8  sexual advances and harassment.

9  5.  Defendant's conduct is discriminatory with respect to the following:

10        a. __ My race or color.

11        b. __ My religion.

12        c. __ My sex.

13        d. __ My national origin.

14        e. __ Other as specified below.

15        Sexual Harassment

16  6.  The basic facts surrounding my claim of discrimination are:

17  I rejected the advances of an employee of the agency, Tony Flores, who was involved in the

18  processing of my security clearance for my permanent employment contract, beginning in

19  June and July of 2021. These advances included but is not limited to repeatedly asking to visit

20  my home and for my facebook account, providing unsolicited personal information and his

21  finances, offering to provide me his personal phone number to call him, and indicating that he

22  and I were not young chickens. As a result of the rejections, he retaliated by, among other

23  things, delaying my security clearance process, and suggesting that my temporary employment

24  and contract for employment be terminated, which it was on March 24, 2021

25  7. The alleged discrimination occurred on or about June and July of 2020 to March 24, 2021.

26                                    (DATE)

27  8.  I filed charges with the Federal Equal Employment Opportunity Commission (or the

28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)      - 2 -

1  discriminatory conduct on or about ___October 27, 2021___.
2                                              (DATE)
3  9.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about _November 15, 2022_
5  15                                          (DATE)
6  10.  Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7       Yes __✓__   No ____
8  11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.

DATED: __February 13, 2023__        _[signature]_
                                    SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION        __Marilou D. Samson__
IS NOT REQUIRED.)                   PLAINTIFF'S NAME
                                    (Printed or Typed)

Form-Intake 2 (Rev. 4/13)                - 3 -