1  Your name:__Marilou D. Samson_____

2  Address:_____3515 Santiago Street, San Francisco CA 94116____

3  Phone Number:_415-583-1636_____

4  E-mail Address:__mldsamson2002@yahoo.com_____

5  Pro se

**RECEIVED**

**APR 10 2023**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7                        UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9       Division *[check one]*: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

10

11                                    )   Case Number:_3-23-cv-00628-LB_____
                                       )
12   __Marilou D. Samson___            )   **ADMINISTRATIVE MOTION AND**
                                       )   **[PROPOSED] ORDER TO RESCHEDULE**
13              Plaintiff,             )   **CASE MANAGEMENT CONFERENCE**
                                       )
14        vs.                          )
                                       )
15    _Alexandro N. Mayorkas-_         )
                                       )
16   Dept. of Homeland Security__      )
                                       )   **Judge:** Hon. Magistrate Judge Laurel Becker
17              Defendant.             )   _____
                                       )
18                                     )
                                       )
19                                     )
                                       )
20                                     )
   _____

21

22

23

24

25

26

27

28

1.   The Case Management Conference is currently scheduled for *[date]*

<u>May 18, 2023</u>

2.   I respectfully request that the Court move the Case Management Conference to the

following date, or another at the Court's convenience *[date, same day of the week as the*

*currently scheduled conference]*   <u>July 20, 2023</u>

3.   This change is necessary because *[check box for reason that applies]*:

☑ Defendant has not yet responded to the Complaint. *[Explain when Defendant*

*was or will be served with the Complaint. If Defendant was not served within 60 days of th`e*

*Complaint being filed, explain why.]* <u>Defendant was served on March 6, 2023</u>

☑ Other *[explain; inconvenience or a mere scheduling conflict is not a valid*

*reason to request a change]* <u>A prearranged family trip from May 1, 2023 to May 31, 2023</u>

<u>where I will be outside the country with my sister.</u>

4.   The opposing side *[check box that applies and explain]*:

☐ has agreed to this change.

☑ has not agreed for the following reason:

☑ The opposing side has not yet responded to the Complaint.

☐ I tried to obtain the opposing party's agreement to this change, but was

unsuccessful. *[State who you tried to reach, when, and the person's response]*:

5.   I have *[check box that applies and explain]*:

☐ not already asked the Court to change the date of the Case Management

Conference.

MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

☑ already asked the Court to change the date of the Case Management Conference.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date:  4/10/2023

Signature:

Printed name:  Marilou D. Samson

Pro Se

[*Do not write below this line*]

Good cause appearing, the motion is GRANTED. The Case Management Conference is rescheduled to *[date]* _____ at *[time]* _____.

IT IS SO ORDERED.

Date: _____

*[For Judge]* _____

*[Judge's name]* _____
United States District/Magistrate Judge

MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 3-23 CY - 00628 -LB ____; PAGE 3 OF 3 [*JDC TEMPLATE Rev.2017*]