UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILOU DIZON SAMSON,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEJANDRO N. MAYORKAS,<br><br>  Defendant. | Case No. 23-cv-04548-SK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Magistrate Laurel Beeler for consideration of whether the case is related to 23-cv-00628-LB, *Samson v. Mayorkas et al*.

**IT IS SO ORDERED.**

Dated: September 6, 2023

_____
SALLIE KIM
United States Magistrate Judge