UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARILOU DIZON SAMSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>    Defendants. | Case No. 23-cv-00628-LB<br><br>**JUDGMENT** |

On December 16, 2024, the court granted the defendant's motion to dismiss with leave to file a supplement by January 13, 2025. No supplement was filed. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 17, 2025

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 23-cv-00628-LB